IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

NTP, INC.,

           Plaintiff,

v.                            Civil Action Number 3:01CV767-JRS

RESEARCH IN MOTION, LTD.,

           Defendant.

## ORDER

THIS MATTER comes before the Court on Research in Motion Ltd's ("RIM") Motion for Enforcement of a Settlement Agreement. The Court finds the parties do not have a valid and enforceable settlement agreement. In accordance with the Memorandum Opinion submitted by the Court under seal, RIM's Motion to Enforce the Parties' Settlement Agreement is DENIED.

The Court retains Article III jurisdiction in the matter and will be in communication with the parties to set up a briefing schedule and hearing date on the remaining issues of injunctive relief and appropriate damages in light of the remand from the United States Court of Appeals for the Federal Circuit.

The Clerk is directed to fax a copy of this Order to counsel of record.

It is SO ORDERED.

ENTERED this  30th  day of November, 2005

                                                   /s/
                                         James R. Spencer
                                   UNITED STATES DISTRICT JUDGE