IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

NTP, INC.,

                                    Plaintiff,

            v.                                          Civil Action Number 3:01CV767-JRS

RESEARCH IN MOTION, LTD.,

                                    Defendant.

## ORDER

THIS MATTER comes before the Court on Research in Motion, Ltd.'s ("RIM") Motion for

Stay of Proceedings Pending Reexamination of NTP, Inc.'s Patents-in-Suit, filed on November 10,

2005. Upon due consideration, and for the reasons stated in the accompanying Memorandum

Opinion, RIM's Motion for Stay of Proceedings is hereby DENIED.

The Court retains Article III jurisdiction in the matter and will communicate with the parties

to set up a briefing schedule and hearing date on the remaining issues of injunctive relief and

appropriate damages in light of the remand from the United States Court of Appeals for the Federal

Circuit.

The Clerk is directed to fax a copy of this Order to all counsel of record.

It is SO ORDERED.

ENTERED this   30th   day of November, 2005

                                                        _____/s/_____
                                                        James R. Spencer
                                                        UNITED STATES DISTRICT JUDGE